**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>BLU PRODUCTS, INC.<br><br>*Defendant.* | Civil Action No. 6:16-cv-00271-RWS-JDL<br><br>(LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| BLUE SPIKE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>LENOVO (UNITED STATES) INC. AND LENOVO GROUP LTD.<br><br>*Defendants.* | Civil Action No. 6:16-cv-00272-RWS-JDL<br><br>(CONSOLIDATED CASE)<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff Blue Spike, LLC and Defendant Lenovo (United States) Inc. is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Blue Spike, LLC and Defendant Lenovo (United States) Inc. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 14th day of December, 2016.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE